# In the United States District Court
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
|         Plaintiff, | |
| v. | Case No. 21-20060-JAR |
| **KAABA MAJEED,**<br>**YUNUS RASSOUL,**<br>**a.k.a. YUNUS RASSOULL,**<br>**JAMES STATON,**<br>**a.k.a. ADAM WINTHROP,**<br>**RANOLPH RODNEY HADLEY,**<br>**DANIEL AUBREY JENKINS,**<br>**DANA PEACH,**<br>**ETENIA KINARD,**<br>**a.k.a. ETENIA KINNARD, and**<br>**JACELYN GREENWELL,**<br>        Defendants. | |

**RESPONSE TO MOTION TO EXTEND DEADLINE OF PRETRIAL MOTIONS AND TO RESET REMAINDER OF BRIEFING SCHEDULES AND HEARING DATE**

NOW COMES THE UNITED STATES by and through Trial Attorneys Kate Alexander, Maryam Zhuravitsky, and Assistant United States Attorney Ryan Huschka and files this Response to Defendant Staton's Motion to Extend Deadline of Pretrial Motions and to Reset Remainder of Briefing Schedules and Hearing Date. The government requests this Court keep the current hearing date and states the following in support of this request:

1. On October 26, 2022 the Court held a status conference at which time counsel requested dates for pretrial deadlines and motions hearings. The Court issued a Scheduling Order setting all pretrial motions for the defendants to be filed on or before February 6, 2023,

1

with responses due March 10, 2023, and a pretrial motions hearing set for March 27, 2023. ECF 119.

2. On February 1, 2023, counsel for Daniel Aubrey Jenkins filed an unopposed Motion to Extend Pretrial Motion Deadline, where, after counsel "discussed this with the other attorneys in the case and they [were] in agreement with the requested amount of time," counsel requested a six-day extension for both the filing due date and government's response. ECF 129. The Court granted this motion, moving the date to file deadline to February 12, 2023, and the response deadline to March 16, 2023. The motions hearing remained set to March 27, 2023.

3. On February 1, 2023 counsel for Etenia Kinard filed an unopposed Motion to Continue Trial 90 Days. ECF 130.

4. On February 6, 2023, the Court held a status conference where, after an extended amount of time was spent on finding dates that work for all parties, the Court continued the trial to December 4, 2023 with jury selection set to begin December 1, 2023. ECF 141. During this conference, the Court confirmed that this postponement applied only to the trial, and confirmed with the parties that the motions deadlines will stand.

5. On February 8, 2023, counsel for James Staton filed the Motion to Extend Deadline of Pretrial Motions and to Reset Remainder of Briefing Schedules and Hearing Date, stating that counsel "grossly underestimated the time it would take to research and draft the necessary motions." ECF 142.

6. This case has been designated as complex since March 2, 2022. ECF 87.

7. To date, only counsel for Defendant Majeed has filed any pretrial motions. ECF 121,

ECF 122.

8. The government has provided continuing discovery in this case, with the latest batch comprising only a small number of documents, most of which are mere reports of notes of agent surveillance.

The government does not oppose a short continuance of filing deadlines if the motions hearing is set to remain the same. The parties understood since the Court's March 2, 2022 Order that this matter is complex. ECF 87. The defense had from October 26, 2022 to file motions due February 6, 2023. ECF 119. The filing deadline was extended to February 12, 2023 on February 1, 2023. ECF 129. The February 12, 2023 deadline was acceptable to all parties as of the status conference on February 6, 2023, where the Court took time to confirm that the current schedule remains acceptable. The government anticipates that many of the motions to be filed will be dispositive. A further delay in knowing the outcome of dispositive motions would both delay and hinder the ability of any parties to have fruitful plea negotiations and meet plea deadlines. At the last status hearing, the Court and all parties indicated the complexity of their schedules in the coming months. Any delay in the hearing date on the motions will require yet another status conference to attempt to coordinate the schedules of all of the attorneys and the Court, which is always extremely difficult. Therefore, the government requests that the motions hearing remain set to March 27, 2023.

Respectfully Submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL

*/s/ Maryam Zhuravitsky*
MARYAM ZHURAVITSKY
Trial Attorney

US DOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Ph: (202) 532-3592
E-mail: Maryam.zhuravitsky@usdoj.gov
MD Bar No. 1312190348

/s/ *Kate Alexander*
KATE ALEXANDER
Trial Attorney
US DOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Ph: (202) 532-3373
E-mail: kate.alexander@usdoj.gov
FL Bar No. 27393


DUSTON J. SLINKARD
UNITED STATES ATTORNEY

/s/ *Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Ryan.Huschka@usdoj.gov
Ks. S. Ct. No. 23840

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

*/s/ Kate Alexander*
Kate Alexander
Trial Attorney