UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,                           File No: 21-20060-JAR

v.

ETENIA KINARD, et al,

        Defendant.

**DEFENDANT KINARD'S MOTION TO JOIN
DEFENDANT MAJEED'S MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR A BILL OF PARTICULARS (Dkt. 122)**

Defendant ETENIA KINARD, by and through her attorney, Michael R. Bartish, respectfully joins co-defendant Kaaba Majeed's Motion to Dismiss or in the Alternative for a Bill of Particulars, filed by Scott Toth. (Dkt. 122). The reasons for the dismissal on the statute of limitations issue equally apply to Ms. Kinard. In addition to the reasons set forth in the Motion to Dismiss (Dkt. 122), Ms. Kinard states the following factual background in further support of the Motion:

**BACKGROUND**

Etenia Kinard was charged with Conspiracy to Commit Forced Labor pursuant to 18 U.S.C. § 371 and Forced Labor in violation of 18 U.S.C. § 1589. The indictment alleges that Ms. Kinard was one of Royall Jenkins' wives who was in charge of the youth. The indictment alleges Ms. Kinard committed the following acts:

A.    In or about and between October 2002 and October 2003, Ms. Kinard punished Minor Victim 1 ("MV-1") for burning pie at the UNOI-operated bakery in Kansas, requiring MV-1 to make extra pies and causing MV-1 to work until midnight. Dkt. 1 at ¶ 36.

B.   In or about and between 2003 and 2005, Ms. Kinard beat Minor Victim 3 ("MV-3") with an extension cord for neglecting to throw out a diaper while MV-3 provided childcare in a UNOI-run household. Dkt. 1 at ¶ 38.

C.   On or about and between October 28, 2000 and December 31, 2008, Kinard made decisions about where in the country to move victims for labor. Dkt. 1 at ¶ 42.

D.   On or about and between October 28, 2000, and December 31, 2008, Ms. Kinard participated in meetings to decide which disciplinary action to impose on victims, such as withholding food. Dkt. 1 at ¶ 43.

E.   On or about and between October 28, 2000, and December 31, 2011, Ms. Kinard was responsible for youth-related matters. In this capacity, she made decisions about victims' labor and services and whether and how to discipline victims. Dkt. 1 at ¶ 54.

F.   The forced labor allegations against Ms. Kinard are provided in Counts 2, 3, 4, and 6. Dkt. 1 at ¶ 64.

Upon graduating from high school, Ms. Kinard joined the U.S. Army and was honorably discharged on or around February 1995. After leaving the Army, she lost her sense of purpose. She was recruited into the United Nation of Islam ("UNOI") by Mark Tyson, a member of the UNOI, whom she was eventually forced to marry once joining the UNOI. On or around August or September 1995, Ms. Kinard was sent to orientation with Yvette Sweeney, one of Royall's wives. Ms. Kinard left the UNOI in 2012.

## STATUTE OF LIMITATIONS

Ms. Kinard joins co-defendant Majeed's Motion to Dismiss or in the Alternative for a Bill of Particulars (Dkt. 122) and incorporates the arguments relating to the statute of limitations as if stated herein as the arguments incorporated in the Motion equally apply to her. Ms. Kinard asserts

that the government's claims must be dismissed on Count 1, Conspiracy to Commit Forced Labor, and Counts 2, 3, 4, and 6, Forced Labor, as if fully incorporated herein.

        Respectfully submitted,

        SBBL LAW, PLLC
        *Attorneys for Defendant Etenia Kinard*

        /s/ Michael R. Bartish
        Michael R. Bartish
        Mikayla S. Hamilton
        SBBL Law, PLLC
        60 Monroe Ctr., NW - #500
        Grand Rapids, Michigan 49503
        616-458-5500
        Fax: 616-458-6007
        Email: mbartish@sbbllaw.com
        Date: March 15, 2023

        JOSEPH, HOLLANDER & CRAFT LLC
        *Attorneys for Defendant Etenia Kinard*

        /s/ Christopher M. Joseph
        Christopher M. Joseph, #19778
        Joseph, Hollander & Craft, LLC
        1508 SW Topeka Blvd.
        Topeka, KS 66612
        785-234-3272
        Fax: 855-955-1318
        Email: cjoseph@josephhollander.com
        Date: March 15, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

                                              <u>/s/ Christopher M. Joseph</u>
                                              Christopher M. Joseph