## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br> v.<br><br>DANIEL AUBREY JENKINS,<br><br>                    Defendant. | Case No. 21-20060-JAR |

## PROPOSED WITNESS LIST

COMES NOW Daniel Aubrey Jenkins, by and through counsel Mark A. Thomason, and gives notice that he may call as a witness the people named below during his case-in-chief.

Mr. Daniel Aubrey Jenkins reserves the right to amend this list.

1.    Derek Butler

2.    Rasheed Davis

3.    Steve Carrawell

4.    Gregory Grady

5.    Marcus Forbes

6.    Harold Muhammad

7.    Ronell Butler

8.    Steve Carrillo

9.    Maurice Bryant

10.    Sophia Bolden

11.    Rayshawn Davis

12.    Aristoteles Rodriguez

13.    Carla Valencia

14.    SA Leena V. Ramana, Federal Bureau of Investigation

15.    SA Laura L. Ferguson, Federal Bureau of Investigation

16.    Any witness listed as a potential witness by the United States.

17.    Any witness listed as a potential witness by any codefendant.

18.    Any witness required to rebut evidence presented by the United States.

19.    Any witness required to rebut evidence presented by any codefendant.

20.    Any witness required to impeach testimony by any witness presented by the United States.

21.    Any witness required to impeach testimony by any witness presented any codefendant.

Mr. Daniel Aubrey Jenkins reserves the right to amend this.

Respectfully submitted,

/s/ Mark A. Thomason
Mark A. Thomason #22227
Law Office of Mark Thomason, LLC
929 Walnut St Suite 101
Kansas City, MO 64106
816.229.8686 / 816.229.9494 fax
mthomasonlaw@yahoo.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to all counsel of record.

//s// Mark A. Thomason