IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

**UNITED STATES OF AMERICA**

        **Plaintiff,**

  v.

**KAABA MAJEED,**
**YUNUS RASSOUL,**
**JAMES STATON,**
**RANOLPH RODNEY HADLEY,**
**DANIEL AUBREY JENKINS, and**
**DANA PEACH,**

        **Defendants.**

Case No. 2:21-cr-20060-JAR

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

The United States, by and through Trial Attorneys Kate Alexander, Maryam Zhuravitsky, and Francisco Zornosa, and Assistant United States Attorney Ryan Huschka submits the following as its list of proposed witnesses who may be called at the trial of this matter. The government additionally may call any witnesses listed by the defendant and any witnesses subsequently identified.

S.M.

D.Y.

A.K.

N.K.

E.M.

D.W.

T.K.

1

D.D.

K.R.

B.A.

J.A.

K.B.

Derrick Butler

K.C.

F.C.

A.D.

K.E.

R.F.

S.G.

I.J.

M.J.

M.K.

T.J.

Michael 7x King

N.K.

C.M.

M.M.

Wilma Muhammad

K.P.

Aristoteles Rodriguez

Carla Valencia

T.W.

D.W.

Etenia Kinard

Jacelyn Greenwell

Cassidi Lundell

SA Leena V. Ramana, Federal Bureau of Investigation

SA Laura L. Ferguson, Federal Bureau of Investigation

J. M.

Respectfully submitted,

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: */s/ Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-6754
Ryan.Huschka@usdoj.gov
KS Bar No. 23840

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL

By: */s/ Kate A. Alexander*
Kate A. Alexander
Trial Attorney
USDOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

4

        Ph: (202) 353-3539  
        Email: Kate.Alexander@usdoj.gov  
        FL Bar No. 27393  

        By: */s/ Maryam Zhuravitsky*  
        Maryam Zhuravitsky  
        Trial Attorney  
        USDOJ Civil Rights Division  
        950 Pennsylvania Avenue NW  
        Washington, D.C. 20530  
        Email: Maryam.Zhuravitsky@usdoj.gov  
        MD Bar No. 1312190348  

        By: */s/ Francisco Zornosa*  
        Francisco Zornosa  
        Trial Attorney  
        USDOJ Civil Rights Division  
        950 Pennsylvania Avenue NW  
        Washington, D.C. 20530  
        Phone:  202-616-4588  
        Email:  Francisco.Zornosa@usdoj.gov  
        NY Bar No. 54772

**Certificate of Service**

    The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 23, 2024

                                    /s/ *Ryan J. Huschka*
                                    RYAN J. HUSCHKA
                                    *Assistant United States Attorney*