UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

v.

KAABA MAJEED,
YUNUS RASSOUL,
  a.k.a. YUNUS RASSOULL,
JAMES STATON,
  a.k.a. ADAM WINTHROP,
RANDOLPH RODNEY HADLEY,
DANIEL AUBREY JENKINS, and
DANA PEACH,
        Defendants.

Case No. 21-20060-JAR

RANDOLPH "RODNEY" HADLEY'S PROPOSED VERDICT FORM

Defendant Rodney Hadley proposes the following verdict forms relating to his substantive counts.

**Count 6: Forced Labor as to Kendra Ross**

With respect to Count 6, which charges Defendants KAABA MAJEED, JAMES STATON, and RANDOLPH RODNEY HADLEY with the offense of Forced Labor of Kendra Ross, we the jury unanimously find:

KAABA MAJEED:

    GUILTY _____    NOT GUILTY _____

JAMES STATON:

    GUILTY _____    NOT GUILTY _____

RANDOLPH RODNEY HADLEY:

    GUILTY _____    NOT GUILTY _____

<u>If you find a defendant guilty of Count 6, you must make the following further findings</u>:

    A. We the jury unanimously find, as to each defendant, that the offense continued on or after October 21, 2011.

        KAABA MAJEED:

            YES _____       NO _____

        JAMES STATON:

            YES _____       NO _____

        RANDOLPH RODNEY HADLEY:

            YES _____       NO _____

    B. We the jury unanimously find, as to each defendant, that the offense involved the sexual or physical abuse, or kidnaping, of Kendra Ross, a child under the age of 18 years at the time of the offense?

        KAABA MAJEED:

            YES _____       NO _____

        JAMES STATON:

            YES _____       NO _____

        RANDOLPH RODNEY HADLEY:

            YES _____       NO _____

**Count 7: Forced Labor as to Elijah Muhammed**

With respect to Count 7, which charges Defendants KAABA MAJEED, JAMES STATON, RANDOLPH RODNEY HADLEY, and DANIEL AUBREY JENKINS with the offense of Forced Labor of Elijah Muhammed, we the jury unanimously find:

KAABA MAJEED:

  GUILTY _____    NOT GUILTY _____

JAMES STATON:

  GUILTY _____    NOT GUILTY _____

RANDOLPH RODNEY HADLEY:

  GUILTY _____    NOT GUILTY _____

DANIEL AUBREY JENKINS:

  GUILTY _____    NOT GUILTY _____

<u>If you find a defendant guilty of Count 7, you must make the following further findings:</u>

    A.  We the jury unanimously find, as to each defendant, that the offense continued on or after October 21, 2011.

        KAABA MAJEED:

            YES _____        NO _____

        JAMES STATON:

            YES _____        NO _____

        RANDOLPH RODNEY HADLEY:

            YES _____        NO _____

        DANIEL AUBREY JENKINS:

            YES _____        NO _____

    B.  We the jury unanimously find, as to each defendant, that the offense involved the sexual or physical abuse, or kidnaping, of Elijah Muhammed, a child under the age of 18 years at the time of the offense?

        KAABA MAJEED:

            YES _____        NO _____

        JAMES STATON:

            YES _____        NO _____

        RANDOLPH RODNEY HADLEY:

            YES _____        NO _____

        DANIEL AUBREY JENKINS:

            YES _____        NO _____

**Count 8: Forced Labor as to Niesha King**

With respect to Count 8, which charges Defendants KAABA MAJEED, JAMES STATON, and RANDOLPH RODNEY HADLEY with the offense of Forced Labor of Niesha King, we the jury unanimously find:

KAABA MAJEED:

    GUILTY _____    NOT GUILTY _____

JAMES STATON:

    GUILTY _____    NOT GUILTY _____

RANDOLPH RODNEY HADLEY:

    GUILTY _____    NOT GUILTY _____

**If you find a defendant guilty of Count 8, you must make the following further findings:**

A. We the jury unanimously find, as to each defendant, that the offense continued on or after October 21, 2011.

    KAABA MAJEED:

        YES _____    NO _____

    JAMES STATON:

        YES _____    NO _____

    RANDOLPH RODNEY HADLEY:

        YES _____    NO _____

B.  We the jury unanimously find, as to each defendant, that the offense involved the sexual or physical abuse, or kidnaping, of Niesha King, a child under the age of 18 years at the time of the offense?

    KAABA MAJEED:

        YES _____      NO _____

    JAMES STATON:

        YES _____      NO _____

    RANDOLPH RODNEY HADLEY:

        YES _____      NO _____

_____                      _____

DATE                                          FOREPERSON