# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | |
| ) | No. 21-20060-01-JAR |
| KAABA MAJEED ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JUDGMENT OF ACQUITTAL

On September 16, 2024, the defendant Kaaba Majeed was found not guilty on Count(s) 4 of the Indictment.

IT IS ORDERED BY THE COURT that Defendant Kaaba Majeed is acquitted, discharged and any bond exonerated as to Count(s) 4 of the Indictment.

IT IS SO ORDERED.

Dated: September 17, 2024

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE