# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 21-cr-20060-01-JAR |
| | ) |
| KAABA MAJEED, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT MAJEED'S AMENDED EXHIBIT LIST

COMES NOW the defendant Kaaba Majeed, by and through counsel, and hereby submits the following amended list of exhibits which he may offer at the sentencing hearing set for August 4, 2025. Mr. Majeed also seeks leave to amend this list as needed.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:   /s/ JAMES R. HOBBS
      JAMES R. HOBBS  KS Fed # 70169
      MARILYN B. KELLER KD #15444
      One Kansas City Place
      1200 Main St., Suite 2110
      Kansas City, MO 64105
      Tel:  (816) 221-0080
      Fax:  (816) 221-3280
      jrhobbs@whmlaw.net
      ***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st day of July, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                    s/ James R. Hobbs
                                                    ***Attorney for Defendant***

**DEFENDANT'S SENTENCING HEARING EXHIBIT LIST**

| √ | = | Offered & Admitted w/o objection |
|---|---|---|
| Ex. | = | Offered, but objected to & excluded |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Sentencing GL Alternatives Chart |
| 2 | | | | Support Letter |
| 3 | | | | Support Letter |
| 4 | | | | Support Letter |
| 5 | | | | Support Letter |
| 6 | | | | Support Letter |
| 7 | | | | Support Letter |
| 8 | | | | Support Letter |
| 9 | | | | Support Letter |
| 10 | | | | CV – Dr. Peter Graham |
| 11 | | | | Report – Dr. Peter Graham |
| 12 | | | | Restitution Alternatives Chart |
| 13 | | | | Trial Transcript References (Day 20 – pp. 4717-4721) |
| 14 | | | | Support Letter |
| | | | | |
| | | | | |

I certify that I have this date _____ received from the Clerk, United States District Court, District of Kansas, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____
PRINTED NAME

_____
SIGNATURE

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No: 21-cr-20060-01-JAR |
| | ) |
| | ) |
| KAABA MAJEED, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT MAJEED'S AMENDED EXHIBIT LIST

COMES NOW the defendant Kaaba Majeed, by and through counsel, and hereby submits the following amended list of exhibits which he may offer at the sentencing hearing set for August 4, 2025. Mr. Majeed also seeks leave to amend this list as needed.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:   /s/ JAMES R. HOBBS
      JAMES R. HOBBS  KS Fed # 70169
      MARILYN B. KELLER KD #15444
      One Kansas City Place
      1200 Main St., Suite 2110
      Kansas City, MO 64105
      Tel:  (816) 221-0080
      Fax:  (816) 221-3280
      jrhobbs@whmlaw.net
      ***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st day of July, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ James R. Hobbs
***Attorney for Defendant***

## DEFENDANT'S SENTENCING HEARING EXHIBIT LIST

| √ | = | Offered & Admitted w/o objection |
| Ex. | = | Offered, but objected to & excluded |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Sentencing GL Alternatives Chart |
| 2 | | | | Support Letter |
| 3 | | | | Support Letter |
| 4 | | | | Support Letter |
| 5 | | | | Support Letter |
| 6 | | | | Support Letter |
| 7 | | | | Support Letter |
| 8 | | | | Support Letter |
| 9 | | | | Support Letter |
| 10 | | | | CV – Dr. Peter Graham |
| 11 | | | | Report – Dr. Peter Graham |
| 12 | | | | Restitution Alternatives Chart |
| 13 | | | | Trial Transcript References (Day 20 – pp. 4717-4721) |
| 14 | | | | Support Letter |
| | | | | |
| | | | | |

I certify that I have this date _____ received from the Clerk, United States District Court, District of Kansas, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____
PRINTED NAME

_____
SIGNATURE

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No: 21-cr-20060-01 -JAR |
| | ) |
| | ) |
| KAABA MAJEED, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT MAJEED'S AMENDED EXHIBIT LIST

COMES NOW the defendant Kaaba Majeed, by and through counsel, and hereby submits the following amended list of exhibits which he may offer at the sentencing hearing set for August 4, 2025. Mr. Majeed also seeks leave to amend this list as needed.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:    /s/ JAMES R. HOBBS
       JAMES R. HOBBS  KS Fed # 70169
       MARILYN B. KELLER KD #15444
       One Kansas City Place
       1200 Main St., Suite 2110
       Kansas City, MO 64105
       Tel:  (816) 221-0080
       Fax:  (816) 221-3280
       jrhobbs@whmlaw.net
       ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of July, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                        s/ James R. Hobbs
                                        ***Attorney for Defendant***

**DEFENDANT'S SENTENCING HEARING EXHIBIT LIST**

| √ | = | Offered & Admitted w/o objection |
|---|---|---|
| Ex. | = | Offered, but objected to & excluded |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Sentencing GL Alternatives Chart |
| 2 | | | | Support Letter |
| 3 | | | | Support Letter |
| 4 | | | | Support Letter |
| 5 | | | | Support Letter |
| 6 | | | | Support Letter |
| 7 | | | | Support Letter |
| 8 | | | | Support Letter |
| 9 | | | | Support Letter |
| 10 | | | | CV – Dr. Peter Graham |
| 11 | | | | Report – Dr. Peter Graham |
| 12 | | | | Restitution Alternatives Chart |
| 13 | | | | Trial Transcript References (Day 20 – pp. 4717-4721) |
| 14 | | | | Support Letter |
| | | | | |
| | | | | |

I certify that I have this date _____ received from the Clerk, United States District Court, District of Kansas, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____
PRINTED NAME

_____
SIGNATURE

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 21-cr-20060-01 -JAR |
| | ) |
| KAABA MAJEED, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MAJEED'S AMENDED EXHIBIT LIST**

COMES NOW the defendant Kaaba Majeed, by and through counsel, and hereby submits the following amended list of exhibits which he may offer at the sentencing hearing set for August 4, 2025. Mr. Majeed also seeks leave to amend this list as needed.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:   /s/ JAMES R. HOBBS
    JAMES R. HOBBS  KS Fed # 70169
    MARILYN B. KELLER KD #15444
    One Kansas City Place
    1200 Main St., Suite 2110
    Kansas City, MO 64105
    Tel:  (816) 221-0080
    Fax:  (816) 221-3280
    jrhobbs@whmlaw.net
    ***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st day of July, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ James R. Hobbs
***Attorney for Defendant***

## DEFENDANT'S SENTENCING HEARING EXHIBIT LIST

| √ | = | Offered & Admitted w/o objection |
|---|---|---|
| Ex. | = | Offered, but objected to & excluded |
| Ltd. | = | Admitted for limited purpose |
| X | = | Offered & Admitted over objection |
| N.O. | = | Marked but not offered |
| W.D. | = | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Sentencing GL Alternatives Chart |
| 2 | | | | Support Letter |
| 3 | | | | Support Letter |
| 4 | | | | Support Letter |
| 5 | | | | Support Letter |
| 6 | | | | Support Letter |
| 7 | | | | Support Letter |
| 8 | | | | Support Letter |
| 9 | | | | Support Letter |
| 10 | | | | CV – Dr. Peter Graham |
| 11 | | | | Report – Dr. Peter Graham |
| 12 | | | | Restitution Alternatives Chart |
| 13 | | | | Trial Transcript References (Day 20 – pp. 4717-4721) |
| 14 | | | | Support Letter |
| | | | | |
| | | | | |

I certify that I have this date _____ received from the Clerk, United States District Court, District of Kansas, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____
PRINTED NAME

_____
SIGNATURE