IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                   Case No.  2:21CR20060-001-JAR

KAABA MAJEED,

Defendant,

and

PNC BANK, N.A.,

Garnishee.

## GARNISHEE ORDER

Comes on for decision the United States of America's Motion for Garnishee Order, Doc. 859.  The United States appears by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney.

The Court, upon review of the file and pleadings **grants** Plaintiff's Motion for Garnishee Order, Doc. 859.

The Court, upon review of the file and pleadings, finds as follows:

1.      The United States has complied with the requirements of 28 U.S.C. §§ 3202 and 3205 in serving Garnishee PNC Bank, N.A., Defendant Kaaba Majeed, and all interested parties, if any, with pleadings and notices related to this garnishment proceeding.

2.      Garnishee PNC Bank, N.A. has in its custody, control, or possession property in which Defendant Kaaba Majeed has an interest or for which Garnishee PNC Bank, N.A. is or may become indebted to Defendant in the form of: Checking #XXX8814 with an approximate balance of $26,903.02 and Savings #XXX6173 with an approximate balance of $150,025.00.

3.      No claim for exemption or objection to the Answer were filed and the time to do so has passed.

THE COURT THEREFORE ORDERS that Garnishee PNC Bank, N.A. immediately liquidate and pay over the property of Defendant Kaaba Majeed to the United States. This order shall remain in effect until such time as Garnishee no longer has custody, possession, or control of any property in which Defendant Kaaba Majeed has an interest or for which Garnishee PNC Bank, N.A. is or may become indebted to Defendant.

IT IS FURTHER ORDERED that all payments should be made payable to the "Clerk, U.S. District Court," with a notation of Defendant Kaaba Majeed's name and the Case No. 2:21CR20060-001-JAR, and be mailed to the United States District Court Clerk at Wichita U.S. Federal Court, 401 N Market, Suite 204, Wichita, KS 67202.

IT IS FURTHER ORDERED that once Garnishee PNC Bank, N.A. no longer has custody, possession, or control of any property in which Defendant Kaaba Majeed has an interest or once Garnishee PNC Bank, N.A. is no longer indebted to Defendant Kaaba Majeed and will not become indebted to Defendant Kaaba Majeed in the future, Garnishee PNC Bank, N.A. is hereby released and discharged as Garnishee in this action.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2026.

s/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

2

Submitted by:

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas


s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
Federal Building, Suite 290
444 SE Quincy
Topeka, KS 66683-3592
PH:  785-295-2850
FX:  785-295-2658
Email:  kathryn.sheedy@usdoj.gov
Attorneys for the Plaintiff United States